**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 11, 2021

**VIA FAX**
Honorable Judge Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Selassie Sinclair**
      **21 Cr. 52 (LTS)**

Dear Judge Swain:

    I write on behalf of my client Selassie Sinclair with consent from Assistant United States Attorney Sarah Kushner and United States Pretrial Officer Mohammed Ahmed, to respectfully request that the Court modify the conditions of the bond authorizing Mr. Sinclair to travel to our offices for the purposes of a psychological evaluation.

    On January 12, 2021, Your Honor imposed the following bail conditions: A $50,000 personal recognizance bond to be cosigned by two financially responsible persons; travel restricted to the Southern and Eastern Districts of New York; home incarceration with GPS monitoring; Remote Mental Health Evaluation/Treatment as directed by pretrial services; avoid all contact with all codefendants including his brother, Judah Sinclair, and surrender of travel documents with no new applications.

    Mr. Sinclair plans to come into our offices at 52 Duane Street on March 12th, from 2pm to 4pm to meet with an expert psychologist we have retained, Dr. Edward Fernandez.

Respectfully submitted,

/s/
Marisa Cabrera
Assistant Federal Defender
Tel.: (212) 417-8730

Honorable Judge Laura Taylor Swain  March 11, 2021
United States District Judge  Page 2
Southern District of New York

**Re:** United States v. Selassie Sinclair
21 Cr. 52 (LTS)

The requested modification is granted.  DE#27 resolved.
**SO ORDERED:**

_/s/ Laura Taylor Swain_
**HONORABLE Laura Taylor Swain**
**United States District Judge**

**cc: Sarah L. Kushner, Esq., Assistant United States Attorney**
**Mohammed Ahmed, Pretrial Services Officer**