# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 17, 2021

**VIA FAX**
Honorable Judge Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

**Re:     United States v. Selassie Sinclair**
         **21 Cr. 52 (LTS)**

Dear Judge Swain:

I write on behalf of my client Selassie Sinclair with consent from Assistant United States Attorney Sarah Kushner and United States Pretrial Officer Mohammed Ahmed, to respectfully request that the Court modify the conditions of the bond authorizing Mr. Sinclair to travel to our offices for the purposes of a psychological evaluation.

On January 12, 2021, Your Honor imposed the following bail conditions: A $50,000 personal recognizance bond to be cosigned by two financially responsible persons; travel restricted to the Southern and Eastern Districts of New York; home incarceration with GPS monitoring; Remote Mental Health Evaluation/Treatment as directed by pretrial services; avoid all contact with all codefendants including his brother, Judah Sinclair, and surrender of travel documents with no new applications.

Mr. Sinclair plans to come into our offices at 52 Duane Street on March 19th and March 26th, from 2pm to 4pm to meet with an expert psychologist we have retained, Dr. Edward Fernandez. He will need to be out of his house from 1pm-5pm in order to accommodate his travel to our office.

Respectfully submitted,

/s/
Marisa Cabrera
Assistant Federal Defender
Tel.: (212) 417-8730

Honorable Judge Laura Taylor Swain                                    March 17, 2021
United States District Judge                                                      Page 2
Southern District of New York

**Re:**    **United States v. Selassie Sinclair**
        **21 Cr. 52 (LTS)**

The foregoing modification is approved.  DE# 29
resolved.

**SO ORDERED:**

 /s/ Laura Taylor Swain   3/17/2021
**HONORABLE Laura Taylor Swain**
**United States District Judge**

**cc: Sarah L. Kushner, Esq., Assistant United States Attorney**
    **Mohammed Ahmed, Pretrial Services Officer**