UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-　　　　　　　　　　　　　　　　　　　　　　　　No.  21-CR-52-LTS

SELASSIE SINCLAIR　　　　　　　　　　　　　　　　　　　　<u>Order</u>

      Defendant.

-------------------------------------------------------x

      The pretrial conference in this case, originally scheduled to proceed on February 4, 2022, at 11:00am is hereby adjourned, and a change of plea hearing is hereby scheduled to proceed on **February 4, 2022**, at **10:30AM** in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

      The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

      SO ORDERED.

Dated: New York, New York　　　　　　　　　/s/ Laura Taylor Swain_____
      January 27, 2022　　　　　　　　　　　LAURA TAYLOR SWAIN
                                                    Chief United States District Judge