**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 29, 2022

**VIA ECF**
Honorable Judge Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO-ENDORSED**

Re:   **United States v. Selassie Sinclair**
      **21 Cr. 52 (LTS)**

Dear Judge Swain:

I write on behalf of my client Selassie Sinclair, the defendant in the above-captioned case, and write to request a two-week adjournment of the sentencing proceeding, which is currently scheduled for July 14, 2022. Defense counsel will be teaching at a work-related conference the week of the scheduled sentencing and requests a brief adjournment to accommodate that scheduling conflict.

I have conferred with AUSA Sarah Kushner and I understand that she does not object to this two-week adjournment. Thank you for your consideration of this request.

Respectfully submitted,

/s/ *Marisa K. Cabrera*
Marisa K. Cabrera
Assistant Federal Defender
Tel.: (212) 417-8730

Cc: AUSA Sarah L. Kushner

> The foregoing request for adjournment is granted. The sentencing hearing in this case is hereby rescheduled for August 2, 2022, at 12:00p.m. Dkt. no. 111 resolved.
> SO ORDERED.
> /s/ Laura Taylor Swain, Chief USDJ 6/29/2022