UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

     -v-                                              No.  21-CR-52-LTS

SELASSIE SINCLAIR                              ORDER

             Defendant.

-------------------------------------------------------x

      The sentencing hearing in this case is hereby rescheduled to take place on

**September 15, 2022**, at **3:00p.m**. in Courtroom 17C.  The parties' attention is directed to the

Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are

available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

      The parties are directed to email Chambers at

SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider

during or in connection with the proceeding at least 24 hours in advance of the proceeding.


     SO ORDERED.

Dated: New York, New York           _/s/ Laura Taylor Swain_____
       August 16, 2022               LAURA TAYLOR SWAIN
                                Chief United States District Judge